**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01395-CV

## LINDA K. MCCRARY, Appellant

## V.

## EUSTOLIA P. RIOS AND LEONARDO M. RIOS, Appellees

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CC1800388**

## ORDER

Before the Court is appellant's motion to file brief. The motion was mailed February 27, 2019 and appears to be in response to our January 28, 2019 order directing appellant to file her brief no later than February 28, 2019. It presents arguments concerning a security deposit and apparent supersedeas bond appellant posted.

We construe the motion as appellant's brief on the merits. However, it fails to comply with the briefing requirements of Texas Rule of Appellate Procedure 38.1. Specifically, it does not contain (1) a complete list of all parties to the trial court's judgment or appealed order and the names and addresses of all trial and appellate counsel; (2) a table of contents; (3) an index of authorities; (4) a statement of the nature of the case and the trial court's disposition of the case; (5) a statement of facts supported by record references; or, (6) argument for the contentions made

with citations to the record. *See* TEX. R. APP. P. 38.1(a)-(d), (g), (i). Accordingly, we **ORDER** appellant to file, no later than March 18, 2019, an amended brief that complies with the briefing rules. The brief shall also be served on appellees in accordance with appellate rule 9.5. *See id.* 9.5.

We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See id.* 38.8(a)(1), 42.3(b),(c).


/s/     ERIN A. NOWELL
        JUSTICE